AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Sibyl Colon <br><br> *Plaintiff(s)* <br> v. <br> The City of New York <br> New York City Housing Authority <br> New York City Council Speaker Melissa Mark-Viverito, Michael Kelly, Brian Clarke <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-04540 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The City of New York - NYC Corporation Counsel, 100 Church Street, 4th FL, NY, NY 10007,
New York City Housing Authority - 250 Broadway, 9th FL, NY, NY 10007,
New York CIty Council Speaker Melissa Mark-Viverito - 250 Broadway, NY, NY 10007,
Michael Kelly,
Brian Clarke

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Florestal Law Firm, PLLC
48 Wall Street, Suite 11
New York, NY 10005
Attn: Marcel Florestal, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/17/2016                     /S/ D. Gonzalez
                                    *Signature of Clerk or Deputy Clerk*