```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SIBYL COLON,                                               :
                                                           :
                              Plaintiff,                   :
                                                           :        16-CV-4540 (VSB)
                - against -                                :
                                                           :        AMENDED ORDER OF REFERENCE
                                                           :
THE CITY OF NEW YORK, NEW YORK                             :
CITY HOUSING AUTHORITY, NEW YORK                           :
CITY COUNCIL SPEAKER MELISSA                               :
MARK-VIVERITO, MICHAEL KELLY and                           :
BRIAN CLARKE,                                              :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2018

VERNON S. BRODERICK, United States District Judge:

    The above entitled action is referred to the designated Magistrate Judge (Magistrate Judge Ona T. Wang) for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:     December 21, 2018
             New York, New York

Vernon S. Broderick
United States District Judge