```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SIBYL COLON,                                                :
                                                            :
                            Plaintiff,                      :      16-CV-4540 (VSB) (OTW)
                                                            :
            -against-                                       :      SCHEDULING ORDER
                                                            :
NEW YORK CITY HOUSING AUTHORITY, et al.,                    :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold Discovery Conference in this matter on Wednesday, February 06, 2019 at 11:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

**SO ORDERED.**

Dated: New York, New York
January 8, 2019

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge