UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SIBYL COLON,

                Plaintiff,                         16-CV-4540 (VSB) (OTW)

    -against-                              **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

A discovery conference was held in this matter on February 6, 2019. In accordance with the ruling made on the record, it is **HEREBY ORDERED** that:

1. The parties shall submit a draft protective order, via e-mail, by **February 13, 2019**;

2. If the parties are unable to reach agreement on the issues relating to Plaintiff's medical records, *see* ECF 60 at 3, the parties are to file letter-briefs of no more than 3 pages by **February 20, 2019;** and

3. The Court will hold a status conference in this matter on **Thursday, May 16, 2019 at 10:00 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

**SO ORDERED.**

Dated: February 6, 2019
New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                                  United States Magistrate Judge