UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SIBYL COLON,

                Plaintiff,

      -against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

              Defendants.

------------------------------------------------------------x

16-CV-4540 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On February 6, 2019, the Court held a discovery conference in this matter and issued an Order directing the parties to submit a draft protective order by February 13, 2019 and to file letter-briefs by February 20, 2019. (ECF 64). The parties have failed to comply with the Court's directives and instead have now filed multiple letters—some of which Plaintiff has ignored or otherwise failed to address—relating to a variety of discovery issues.

Accordingly, it is **HEREBY ORDERED** that the parties shall appear for a discovery conference on **March 6, 2019, at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street; and the parties shall submit a joint agenda by close of business on **March 1, 2019**, in accordance with the Court's Individual Practices.

**SO ORDERED.**

Dated: February 25, 2019
New York, New York

              *s/ Ona T. Wang*
              **Ona T. Wang**
              United States Magistrate Judge