**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
SIBYL COLON,                                                 :
                                                             :
                                    Plaintiff,               :          16-CV-4540 (VSB) (OTW)
                                                             :
                      -against-                              :          **ORDER**
                                                             :
NEW YORK CITY HOUSING AUTHORITY, et al.,                     :
                                                             :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------x


-------------------------------------------------------------x
                                                             :
ALLISON WILLIAMS,                                            :
                                                             :
                                    Plaintiff,               :          16-CV-8193 (VSB) (OTW)
                                                             :
                      -against-                              :          **ORDER**
                                                             :
NEW YORK CITY HOUSING AUTHORITY, et al.,                     :
                                                             :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------x


   **ONA T. WANG, United States Magistrate Judge:**

   A discovery conference was held in 16-CV-4540 on March 6, 2019. The Court also

discussed discovery issues between Plaintiff Williams and Defendant New York City Housing

Authority in 16-CV-8193. For the reasons stated on the record, it is **HEREBY ORDERED** that:

   1. The letter motions at ECF 65 and 66 in 16-CV-4540 are **GRANTED** in part and

      **DENIED** in part;

   2. Per the parties' agreement, the protective order entered in 16-CV-8193 is now

      applicable to the parties in 16-CV-4540; and

3.   The parties are directed to order the transcript of the conference and share the

cost.

**SO ORDERED.**

_____s/ Ona T. Wang_____

Dated: March 6, 2019                                    **Ona T. Wang**
            New York, New York                          United States Magistrate Judge