UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SIBYL COLON,

       Plaintiff,       16-CV-4540 (VSB) (OTW)

  -against-          **ORDER**

NEW YORK CITY HOUSING AUTHORITY, et al.,

       Defendants.

------------------------------------------------------------x

  **ONA T. WANG, United States Magistrate Judge:**

  In light of the reinstatement of Defendant New York City Council Speaker Melissa Mark-Viverito as a defendant in the above-captioned case, the parties are directed to meet and confer regarding the effect, if any, of Ms. Mark-Viverito's reinstatement on discovery in this case. It is the Court's understanding that Ms. Mark-Viverito has been participating in discovery in the other consolidated case, *Williams v. The City of New York*, No. 16-CV-8193. However, the parties shall submit a joint letter by **April 19, 2019** informing the Court whether additional discovery is needed, and if so, the type of discovery anticipated.

  **SO ORDERED.**

Dated: April 8, 2019
   New York, New York

                 *s/ Ona T. Wang*
                 **Ona T. Wang**
              United States Magistrate Judge