

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, ROOM 2-102<br>NEW YORK, NY 10007 | **JOHN CORBIN CARTER**<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Phone: (212) 356-2078<br>jocarter@law.nyc.gov |

April 16, 2019

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

        Re:  Colon v. N.Y.C. Hous. Auth. et al.,
             16 Civ. 4540 (VSB) (OTW)

            Williams v. N.Y.C. Hous. Auth. et al.,
             16 Civ. 8193 (VSB) (OTW)

Dear Magistrate Wang:

       I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent Defendant Melissa Mark-Viverito in the above-referenced action. I write on behalf of all parties in response to the Court's April 8, 2019 Order.

       On April 8, 2019, the Court ordered that the parties "meet and confer regarding the effect, if any, of Ms. Mark-Viverito's reinstatement on discovery in this case," and to inform the Court as to whether additional discovery is needed specifically as a result of Defendant Mark-Viverito's reinstatement. See Colon, ECF No. 80. After conferring, the parties do not believe that Defendant Mark-Viverito's reinstatement will affect existing discovery deadlines in these companion cases, which have been consolidated for pre-trial purposes. Defendant Mark-Viverito's deposition in these cases has been noticed for May 14, 2019, well before the current deadline for the close of fact discovery on June 3, 2019.

       I thank the Court for its attention to this matter.

                                                                    Respectfully,
                                                                    /s/
                                                                John Corbin Carter
                                                               Assistant Corporation Counsel

cc:      All Counsel of Record
            (via ECF)