

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007

http:/nyc.gov/nycha

**KATHRYN GARCIA**
Interim Chair & CEO

**KELLY D. MACNEAL**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5259

May 7, 2019

*Via ECF*
The Honorable Magistrate Judge Ona T. Wang
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *Colon v. The City of New York, et al.*, No. 16-CV-4540
     *Williams v. The City of New York, et al.*, No. 16-CV-8193

Dear Magistrate Judge Wang:

  I am counsel for Defendants New York City Housing Authority, Michael Kelly, and Brian Clarke (collectively, "the NYCHA Defendants") in the above-referenced consolidated matters. Pursuant to the Court's February 6, 2019 order, and in anticipation of the status conference on May 16, 2019, the parties respectfully submit this joint status letter.

  With respect to the June 3, 2019 discovery deadline, several parties and witnesses will be deposed in May and June, and preparation and review of the transcripts will require additional time. Accordingly, the parties respectfully request an extension of the discovery deadline to July 15, 2019. The parties will not pursue expert discovery.

  After the close of discovery, the parties will request a settlement conference with Your Honor in accordance with the April 10, 2018 Case Management Plan and Scheduling Order. Should settlement negotiations fail, the parties will submit a proposed briefing schedule for summary judgment motions.

                Respectfully submitted,

                Jane E. Lippman

                Jane E. Lippman

cc: All counsel (via ECF)

---

Kelly D. MacNeal, EVP of Legal Affairs and General Counsel • Law Department 9th Floor • Telephone (212) 776-5182 • Fax (212) 776-5009