**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

SIBYL COLON,

                     Plaintiff,                     16-CV-4540 (VSB) (OTW)

       -against-                     **ORDER**

NEW YORK CITY HOUSING AUTHORITY, et al.,

                     Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has scheduled a status conference in this matter for May 16, 2019. Per the Court's direction at the February 6, 2019 Conference, the parties were directed to file a joint status letter a week before the conference. (ECF 72). To date, no letter has been filed. By **Monday, May 13, 2019**, the parties shall file a joint status letter regarding the status of discovery and a proposed agenda for the conference.

**SO ORDERED.**

                                                             *s/ Ona T. Wang*

Dated: May 10, 2019                                     **Ona T. Wang**
      New York, New York                    United States Magistrate Judge