**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SIBYL COLON,

                       Plaintiff,                  16-CV-4540 (VSB) (OTW)

        -against-                            **ORDER**

NEW YORK CITY HOUSING AUTHORITY, et al.,

                     Defendants.

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of a hand-delivered letter from Plaintiff, dated July 14, 2019. Pursuant to the Court's Individual Practices, § I.a, all letters, other than those filed under seal, "<u>must</u> be filed electronically on the electronic filing system ('ECF')." If Plaintiff wants the Court to consider the letter, it must be filed on the docket.

      **SO ORDERED.**

                                                                       _s/ Ona T. Wang_

Dated: July 16, 2019                                        **Ona T. Wang**
       New York, New York                     United States Magistrate Judge