

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY• NEW YORK, NY 10007

http:/nyc.gov/nycha

**GREGORY P. RUSS**
Chair & CEO

**KELLY D. MACNEAL**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5259

September 16, 2019

*Via ECF*
The Honorable Magistrate Judge Ona T. Wang
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Colon v. The City of New York, et al.,* No. 16-CV-4540
             *Williams v. The City of New York, et al.,* No. 16-CV-8193

Dear Magistrate Judge Wang:

    I am counsel for Defendants New York City Housing Authority, Michael Kelly, and Brian Clarke (collectively, "the NYCHA Defendants") in the above-referenced consolidated matters.

    Pursuant to the deadline in the Court's September 11, 2019 Order, I write to inform the Court that the parties have agreed to schedule the continued deposition of Michael Kelly on September 23, 2019.

                              Respectfully submitted,

                              /s/

                              Jane E. Lippman