**MEMO ENDORSED**



# FLORESTAL LAW FIRM, PLLC

48 Wall Street, Suite 11, Manhattan, NY 10005

September 30, 2019

**VIA ELECTRONIC MAIL**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Plaintiffs shall file the September 23 transcript invoice when they receive it.
> **SO ORDERED.**
>
> _____
> Ona T. Wang                    10/2/19
> U.S. Magistrate Judge

**Re: Colon v. The City of New York, et al. No. 16-CV-4540**
    **Williams v. The City of New York, et al. No. 16-CV-8193**

Dear Magistrate Wang:

The Florestal Law Firm, PLLC is counsel to Sibyl Colon and Allison Williams (hereinafter, the "Plaintiffs"), in the above referenced matter. Pursuant to your Honor's Order dated September 11, 2019, Plaintiffs hereby respectfully submit their billing records reflecting total fees and costs associated with re-deposing Defendant Michael Kelly on September 23, 2019, plus the initial motion to compel seeking sanctions and costs filed on July 23, 2019. As Plaintiffs have received the September 23, transcript, but have not yet received the invoice, Plaintiffs are attaching as Exhibit 1, the September 23, 2019, transcript reflecting a start time of 11:25AM and a stop time of 3:37PM. Also, as an example only, Plaintiffs are attaching as Exhibit 2, three prior invoices reflecting the fixed fees charged by the Court reporting company to substantiate the costs reimbursement request, ie., $50 appearance fee; $18.95 file processing fee; and $25 litigation package & CD fee, and the cost per page, ie., $4.55 per page.

                                                            Respectfully,

                                                            /s/ Marcel Florestal

cc: All counsel via electronic mail.