UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SIBYL COLON,

                                    Plaintiff,      **NOTICE OF APPEARANCE**

            -against-                       16-CV-4540 (VSB)

THE CITY OF NEW YORK, NEW YORK CITY
HOUSING AUTHORITY, NEW YORK CITY COUNCIL
SPEAKER MELISSA MARK-VIVERITO, MICHAEL
KELLY, and BRIAN CLARKE,

                                  Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, assigned to represent defendant New York City Council Speaker Melissa Mark-Viverito in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
              October 10, 2019

                                              **GEORGIA M. PESTANA**
                                              Acting Corporation Counsel of the
                                               City of New York
                                             Attorney for Defendant New York City
                                             Council Speaker Melissa Mark-Viverito
                                             100 Church Street, Room 2-197
                                             New York, New York 10007
                                             (212) 356-2629
                                             nmarcus@law.nyc.gov

                             By:       /s/ *Natalie S. Marcus*
                                             Natalie S. Marcus
                                             Assistant Corporation Counsel