

| | THE CITY OF NEW YORK | |
|---|---|---|
| **GEORIGA M. PESTANA**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | NATALIE S. MARCUS<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Phone: (212) 356-2629<br>nmarcus@law.nyc.gov |

October 11, 2019

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:  Colon v. N.Y.C. Hous. Auth. et al.,
             16 Civ. 4540 (VSB) (OTW)

            Williams v. N.Y.C. Hous. Auth. et al.,
             16 Civ. 8193 (VSB) (OTW)

Dear Judge Broderick:

       I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, counsel for Defendant Melissa Mark-Viverito in the above-referenced actions, which were consolidated for pre-trial purposes.

       In accordance with the Court's October 6, 2019 Order (*see* Dkt. No. 110), I write on behalf of Defendant Mark-Viverito and the NYCHA Defendants (collectively, "Defendants") to respectfully propose that Plaintiffs' cross-motions for summary judgment follow the same so-ordered briefing schedule as Defendants' motions for summary judgment. Accordingly, Defendants' summary judgment motions and Plaintiffs' cross-motions would be filed by January 17, 2020, responses would be filed by March 20, 2020, and replies would filed by April 17, 2020. *See* Dkt. No. 109. Plaintiffs previously submitted a proposed briefing schedule for their summary judgment cross-motions on September 30, 2019 without first consulting Defendants. *See* Dkt. No. 105.

       Over the past two days, Defendants' counsel have unsuccessfully attempted to meet and confer with Plaintiffs' counsel regarding a joint proposed briefing schedule for Plaintiffs' cross-motions. Plaintiffs' counsel rejected Defendants' proposal that the parties use the same so-ordered briefing schedule for all motions – with no explanation for this rejection. The NYCHA Defendants' counsel and I explained that our offices are closed on Monday for Columbus Day and requested that Plaintiffs' counsel provide his portion of a joint letter by 3:00 p.m. this afternoon. Plaintiffs' counsel refused.

**HONORABLE VERNON S. BRODERICK**
United States District Judge
<u>Colon v. N.Y.C. Hous. Auth., et al.</u>, 16 Civ. 4540 (VSB)(OTW)
<u>Williams  v. N.Y.C. Hous. Auth., et al.</u>, 16 Civ. 8193 (VSB)(OTW)
October 11, 2019
Page 2

Defendants thank the Court for consideration of this request.

Respectfully submitted,

/s/Natalie S. Marcus
Natalie S. Marcus
Assistant Corporation Counsel

cc: All Counsel of Record
    (via ECF)