# FLORESTAL LAW FIRM, PLLC

## 48 Wall Street, Suite 11, Manhattan, NY 10005

October 11, 2019

<u>**VIA ELECTRONIC MAIL**</u>
Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Colon v. The City of New York, et al. No. 16-CV-4540**
     **Williams v. The City of New York, et al. No. 16-CV-8193**

Dear Judge Broderick:

     The Florestal Law Firm, PLLC is counsel to Sibyl Colon and Allison Williams (hereinafter, the "Plaintiffs"), in the above referenced matter.  Pursuant to your Honor's Order dated October 6, 2019, Plaintiffs are submitting their letter after having attempted to confer with Defendants and Defendants having chosen to file their letter separately, as they wanted to impose a 3:00PM deadline to respond.  Plaintiffs would like to address a few misstated facts by, specifically, City Defendants.  First, Plaintiffs refused City Defendants' 3:00PM deadline to respond because Plaintiffs' attorney had a previous engagement on his schedule. Plaintiffs' attorney clearly articulated that fact to City Defendants.

     Second, today, October 11, 2019, is the first time Plaintiffs' attorney is communicating with Assistant Corporation Counsel Natalie S. Marcus, Esq., in any form.  Plaintiffs' attorney is not sure whether she's been properly briefed on previous communications in this matter.  However, Plaintiffs' attorney has made Ms. Marcus' predecessor, Corbin Carter, Esq., aware of the proposed dates that Ms. Marcus alleges Defendants were not consulted about.  Plaintiffs' attorney was, however, unable to speak with Ms. Jane Lippman, Esq., NYCHA Defendants' attorney, as she was out for the Jewish holiday.

     Lastly, Plaintiffs' attorney did not oppose Defendants' proposed dates for summary judgment and their request for accommodation so that Ms. Marcus can be brought up to speed on this matter.  Thus, Plaintiffs are simply asking for an opportunity to preserve their rights to file a cross motion for summary judgment and respectfully request the following dates: Plaintiffs'

opposition papers, and cross-motion, if any, on March 20, 2020; Defendants to oppose with their reply papers by April 17, 2020; Plaintiffs to reply, if any, by May 15, 2020.

Respectfully,

/s/ Marcel Florestal

cc: All counsel via electronic mail.