

**GEORIGA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

NATALIE S. MARCUS
Assistant Corporation Counsel
Labor and Employment Law Division
Phone: (212) 356-2629
s@law.nyc.gov

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ *(signature)*
> **VERNON S. BRODERICK**
> **U.S.D.J.** 10/16/2019
>
> Accordingly, Defendants' summary judgment motions and Plaintiffs' cross-motions are to be filed by January 17, 2020, with oppositions to be filed by March 20, 2020, and reply papers to be filed by April 17, 2020.

Re: Colon v. N.Y.C. Hous. Auth. et al.,
16 Civ. 4540 (VSB) (OTW)

Williams v. N.Y.C. Hous. Auth. et al.,
16 Civ. 8193 (VSB) (OTW)

Dear Judge Broderick:

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, counsel for Defendant Melissa Mark-Viverito in the above-referenced actions, which were consolidated for pre-trial purposes.

In accordance with the Court's October 6, 2019 Order (*see* Dkt. No. 110), I write on behalf of Defendant Mark-Viverito and the NYCHA Defendants (collectively, "Defendants") to respectfully propose that Plaintiffs' cross-motions for summary judgment follow the same so-ordered briefing schedule as Defendants' motions for summary judgment. Accordingly, Defendants' summary judgment motions and Plaintiffs' cross-motions would be filed by January 17, 2020, responses would be filed by March 20, 2020, and replies would filed by April 17, 2020. *See* Dkt. No. 109. Plaintiffs previously submitted a proposed briefing schedule for their summary judgment cross-motions on September 30, 2019 without first consulting Defendants. *See* Dkt. No. 105.

Over the past two days, Defendants' counsel have unsuccessfully attempted to meet and confer with Plaintiffs' counsel regarding a joint proposed briefing schedule for Plaintiffs' cross-motions. Plaintiffs' counsel rejected Defendants' proposal that the parties use the same so-ordered briefing schedule for all motions – with no explanation for this rejection. The NYCHA Defendants' counsel and I explained that our offices are closed on Monday for Columbus Day and requested that Plaintiffs' counsel provide his portion of a joint letter by 3:00 p.m. this afternoon. Plaintiffs' counsel refused.

**HONORABLE VERNON S. BRODERICK**
United States District Judge
<u>Colon v. N.Y.C. Hous. Auth., et al.</u>, 16 Civ. 4540 (VSB)(OTW)
<u>Williams v. N.Y.C. Hous. Auth., et al.</u>, 16 Civ. 8193 (VSB)(OTW)
October 11, 2019
Page 2

Defendants thank the Court for consideration of this request.

Respectfully submitted,

/s/Natalie S. Marcus
Natalie S. Marcus
Assistant Corporation Counsel

cc: All Counsel of Record
(via ECF)