UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
SIBYL COLON,

                                                                Plaintiff,

    - against –                                          **NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

NEW YORK CITY HOUSING AUTHORITY et al.,

                                       Defendants.    16 Civ. 4540 (VSB) (OTW)
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that John Corbin Carter, one of the attorneys of record for Defendant Melissa Mark-Viverito, respectfully requests permission to withdraw from the above-referenced case. In support of this Motion, John Corbin Carter states that he no longer works for the Office of the Corporation Counsel of the City of New York ("Corporation Counsel") effective October 3, 2019. Accordingly, he respectfully seeks permission to withdraw as counsel of record for Defendant Mark-Viverito. Remaining counsel of record with Corporation Counsel will continue to represent Defendant Mark-Viverito in this matter.

        **WHEREFORE**, John Corbin Carter respectfully requests that the Court enter an Order withdrawing him as an attorney of record in this matter.

Dated:       New York, New York
                October 28, 2019

                                                    */s/ John Corbin Carter*
                                                    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
                                                    666 Third Avenue
                                                    New York, NY 10017
                                                    Tel:  212-692-6244
                                                    E-mail: CCarter@mintz.com

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  10/29/2019