UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SIBYL COLON

                                                  Plaintiff,

                -against-                              16 CV 4540 (VSB)

THE CITY OF NEW YORK, NEW YORK CITY HOUSING AUTHORITY, NEW YORK CITY COUNCIL SPEAKER MELISSA MARK-VIVERITO, MICHAEL KELLY, and BRIAN CLARKE

                                                  Defendants.
------------------------------------------------------------------------ x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon defendant Mark-Viverito's Local Rule 56.1 Statement of Undisputed Material Facts, dated January 17, 2020; the Declaration of Natalie S. Marcus, dated January 17, 2020, and the exhibits annexed thereto; the accompanying Defendant's Memorandum of Law in Support of her Motion for Summary Judgment, dated January 17, 2020, and upon all other pleadings and proceedings heretofore had herein, defendant will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, Southern District of New York, at the courthouse thereof, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order and judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting defendant's motion for summary judgment on the grounds that there is no genuine issue of material fact to try, dismissing the complaint in its entirety, entering judgment for defendant, and granting defendant costs, fees, and disbursements, together with such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE**, that in accordance with the briefing schedule ordered by the Court, plaintiff is to serve her opposition papers no later than March 20, 2020, and defendant's reply papers are to be served no later than April 17, 2020.

Dated:   New York, New York
        January 17, 2020

                                   **JAMES E. JOHNSON**
                                   Corporation Counsel of the
                                     City of New York
                                   Attorney for Defendant Mark-Viverito
                                   100 Church Street, Room 2-197
                                   New York, New York 10007-2601
                                   (212) 356-2629
                                   nmarcus@law.nyc.gov

                    By:       /s/Natalie S. Marcus
                                   Natalie S. Marcus
                                 Assistant Corporation Counsel

TO:    Marcel Florestal, Esq.
         FLORESTAL LAW FIRM, PLLC
         *Attorney for Plaintiff*
         48 Wall Street, Suite 11
         New York, NY 10005
         Tel: (212) 918-4416

         Kelly D. MacNeal
         General Counsel
         New York City Housing Authority
         *Attorney for NYCHA Defendants*
         250 Broadway, 9th Floor
         New York, NY 10007
         Tel: (212) 776-5259
         Attn: Jane E. Lippman, Esq.