UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIBYL COLON,<br><br>      Plaintiff,<br><br>   - against -<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>      Defendants. | No. 16-CV-4540<br>(VSB)(OTW)<br><br>**NOTICE OF THE NYCHA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| ALLISON WILLIAMS,<br><br>      Plaintiff,<br><br>   - against-<br><br>THE CITY OF NEW YORK, *et al*.,<br><br>      Defendants. | No. 16-CV-8193<br>(VSB)(OTW)<br><br>Consolidated for Pre-Trial Purposes |

**PLEASE TAKE NOTICE** that, upon Defendants New York City Housing Authority, Michael Kelly, and Brian Clarke's (the "NYCHA Defendants") Memorandum of Law in Support of the NYCHA Defendants' Motion to Dismiss the Complaint, the Declaration of Jane E. Lippman and attached exhibits, the Declaration of Brian Clarke, the Declaration of Marcela Medina, the Declaration of Harvey Chaitoff, and all other pleadings and proceedings had herein, the NYCHA Defendants will move this Court before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the United States Courthouse at 40 Foley Square, New York, NY 10007, on a date to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 56 for summary judgment dismissing the Complaint of Plaintiff Sibyl Colon with prejudice on the ground that no genuine issue of material fact exists, the NYCHA Defendants are entitled to judgment as a matter of law, and granting such other relief as

the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that opposition to the NYCHA Defendants' Motion for Summary Judgment is due on or before March 20, 2020, and the NYCHA Defendants' Reply is due on or before April 17, 2020.

Dated: New York, New York  
       January 17, 2020

KELLY D. MACNEAL  
Executive Vice President for Legal Affairs and General Counsel  
New York City Housing Authority  
Attorney for Defendants NYCHA, Michael Kelly and Brian Clarke  
90 Church Street, 11th Floor  
New York, NY 10007  
Tel.: (212) 776-5259  
Fax: (212) 776-5404

By:   */s/ Jane E. Lippman*  
     Jane E. Lippman (JL7461)  
     jane.lippman@nycha.nyc.gov