UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIBYL COLON,

              Plaintiff,

- against -

THE CITY OF NEW YORK, *et al.*,

              Defendants.

No. 16-CV-4540
(VSB)(OTW)

**DECLARATION OF JANE E. LIPPMAN IN SUPPORT OF THE NYCHA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF SIBYL COLON**

ALLISON WILLIAMS,

              Plaintiff,

- against-

THE CITY OF NEW YORK, *et al.*,

              Defendants.

No. 16-CV-8193
(VSB)(OTW)

Consolidated for Pre-Trial Purposes

      JANE E. LIPPMAN, declares, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am an attorney with the Law Department of the New York City Housing Authority ("NYCHA"). I am Of Counsel to Kelly D. MacNeal, Executive Vice President for Legal Affairs and General Counsel for NYCHA. In that capacity, I represent Defendants NYCHA, Michael Kelly, and Brian Clarke (collectively, the "NYCHA Defendants") in the above-captioned matter. I submit this declaration in support of the NYCHA Defendants' Motion for Summary Judgment Against Plaintiff Sibyl Colon ("Colon") pursuant to Rule 56 of the Federal Rules of Civil Procedure, based upon information and documents obtained from the books and records of NYCHA, my own knowledge of the matters asserted herein, and discovery in this case.

2. Attached hereto is a true and accurate copy of each of the following documents:

Exhibit 1: Complaint, No. 16-CV-04540, filed on June 17, 2016.

Exhibit 2: The NYCHA Defendants' Answer, filed on May 9, 2018.

Exhibit 3: Defendant Melissa Mark-Viverito's Answer, filed on April 5, 2019.

Exhibit 4: Colon's Human Resources Record Card.

Exhibit 5: Excerpts from the January 9, 2019 Deposition Transcript of Colon.

Exhibit 6: Excerpts from the May 8, 2019 Deposition Transcript of Allison Williams.

Exhibit 7: Excerpts from the May 3, 2019 Deposition Transcript of Michael Kelly.

Exhibit 8: Excerpts from the July 3, 2019 Deposition Transcript of Michael Kelly.

Exhibit 9: Excerpts from the September 23, 2019 Deposition Transcript of Michael Kelly.

Exhibit 10: Excerpts from the June 13, 2019 Deposition Transcript of Brian Clarke.

Exhibit 11: Excerpts from the July 1, 2019 Deposition Transcript of Brian Clarke.

Exhibit 12: Excerpts from the May 14, 2019 Deposition Transcript of Melissa Mark-Viverito.

Exhibit 13: Excerpts from the March 15, 2019 Deposition Transcript of Luis Ponce.

Exhibit 14: Excerpts from the April 9, 2019 Deposition Transcript of James Artis.

Exhibit 15: Excerpts from the April 23, 2019 Deposition Transcript of Marla Edmonson.

Exhibit 16: Excerpts from the June 17, 2019 Deposition Transcript of Marcela Medina.

Exhibit 17: Excerpts from the June 20, 2019 Deposition Transcript of Kenya Salaudeen.

Exhibit 18: OPMOM Informational Document and NYCHA News Releases.

Exhibit 19: November 7, 2014 Email from Cathy Pennington to Cecil House attaching Janet Abrahams' Resume; November 9, 2014 Email from Cathy Pennington to Cecil House, and November 10, 2014 Email from Cecil House to Cathy Pennington.

Exhibit 20: Outlook Calendar Invitations for Janet Abrahams Interview.

Exhibit 21: December 5, 2015 Email Chain Between Shola Olatoye and Todd Gomez.

Exhibit 22: April 8, 2015 Email Attaching Colon's Resume.

Exhibit 23: Borough Director Job Posting Notices Dated January 27, 2015; Director for OPMOM Job Posting Notice Dated May 23, 2016; Senior Vice President for Next Generation Operations Job Posting Notice Dated July 18, 2017.

Exhibit 24: July 24, 2015 Email from Colon to Brian Clarke.

Exhibit 25: July 29, 2015 Email from Colon to Brian Clarke; August 3, 2015 Request for Termination of Employment.

Exhibit 26: Magnified Balanced OPMOM Scorecard January-July 2015; August 25, 2015 Email from Sybille Louis to Colon attaching OPMOM Balanced Scorecard January-July 2015.

Exhibit 27: May 14, 2015 Email Chain Between Brian Honan and Shola Olatoye.

Exhibit 28: October 30, 2014 Email; List of Complaints Made to the Former Speaker's Office.

Exhibit 29: July 29 and July 30, 2015 Email Chain Regarding Meeting with Former Speaker.

Exhibit 30: Marcela Medina's Notes; July 31, 2015 Email Chain Between Marcela Medina and Jennifer Montalvo.

Exhibit 31: Housing Assistant (Bilingual) Job Specification.

Exhibit 32: Amended Complaint of Allison Williams.

Exhibit 33: August 6 and 7, 2015 Email Chain; August 12, 2015 Email; August 25, 2015 Email Chain.

Exhibit 34: Record of Local Hearings Against Allison Williams; Counseling Memoranda.

Exhibit 35: July 27, 2015 Email from Kilsys Payamps-Roure; July 28, 2015 Email from Kilsys Payamps-Roure.

Exhibit 36: August 18, 2015 Email Chain; August 20, 2015 Email from Natalie Rivers to Janet Abrahams.

Exhibit 37: August, September , and October 2015 Organization Charts; May 20, 2016 email from Lorraine Roman on behalf of Janet Abrahams.

Exhibit 38: Janet Abrahams' Human Resources Record Card.

4

Exhibit 39: NYCHA Equal Employment Opportunity Policy Statements.

Exhibit 40: EEOC Charges, Notice of Charge, and Notice of Right to Sue.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 17, 2020.

*/s/ Jane E. Lippman*
Jane E. Lippman