# FLORESTAL LAW FIRM, PLLC

## 48 Wall Street, Suite 11, Manhattan, NY 10005

March 16, 2020

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Colon v. The City of New York, et al. No. 16-CV-4540**
    **Williams v. The City of New York, et al. No. 16-CV-8193**

Dear Judge Broderick:

The Florestal Law Firm, PLLC is counsel to Sibyl Colon and Allison Williams (hereinafter, the "Plaintiffs"), in the above referenced matter. In light of the new challenges imposed by the Coronavirus, including parents, like myself, having to make unanticipated provisions for their school aged children who will now be home until at least April 20, 2020, Plaintiffs respectfully request an adjournment of the opposition papers that were due on March 20, 2020, pursuant to your Honor's so-ordered briefing schedule dated January 17, 2020. Plaintiffs and Defendants have conferred and agreed on the following dates:

> Oppositions originally due: 3/20/2020
>
> **Oppositions now due: April 3, 2020**
>
> Replies originally due:   April 17, 2020
>
> **Replies now due: May 1, 2020.**

We thank the Court for its consideration in this matter.

Respectfully,

/s/ Marcel Florestal

cc: All counsel via ECF.