**14**

| | |
|---|---|
| **From:** | Colon, Sibyl |
| **Sent:** | Tuesday, August 25, 2015 5:26 PM |
| **To:** | Clarke, Brian |
| **Subject:** | RE: East River's Plan Of Action |

Brian,

The disciplinary actions will all be addressed this week.

Alfred Rawlins Customer Care plan was developed with the assistance of HR. He was enrolled in a series of courses that are offered by DCAS. It has been paid for already. One class was in August and three more were scheduled for September.

HR informed me that we needed more specific information in reference to the cultural needs of the residents, in order to transfer the Manager at Mill Brook.

At their request, I forwarded HR the development's resident population data and was informed that this was not enough information.

I also contacted the political office where we had the meeting at and they stated they only had one repair complaint for this Manager.

This information was also shared with HR. Additionally, James was contacted by the IG's office and was told that they were conducting an active in investigation on the Manager and to hold off on any further actions.

At this point, HR advised me that they would like to see the IG's referral before moving forward on the transfer request.

I shared all of these difficulties with both Sheila and Ponce.

Sibyl Colon

1

Director, OPMD
Optimal Property Management Department
250 Broadway, New York, NY 10007
Tel.(212)306-8832
New York City Housing Authority | nyc.gov/nycha

-------- Original message --------
From: "Clarke, Brian" <Brian.Clarke@nycha.nyc.gov>
Date: 08/25/2015 4:56 PM (GMT-05:00)
To: "Colon, Sibyl" <Sibyl.Colon@nycha.nyc.gov>
Subject: RE: East River's Plan Of Action

Sibyl,

We need immediate action. I believe the following is in order:

- All staff receive a counseling memo for performance
- Any staff with a current counseling memo will be brought up on a local for performance
- Any staff with a current local will be brought up on a general for performance

Where are we with the performance plan for customer service for Al Rawlings?
Where are we with moving the manager from Millbrook?

Thanks,

Brian


**Brian Clarke**
SVP for Property Management Operations
Office of the VP | Operations
250 Broadway, New York, NY 10007
Tel.(212)306-2850
Fax.(212)306-6488
New York City Housing Authority | nyc.gov/nycha

**From:** Colon, Sibyl
**Sent:** Tuesday, August 25, 2015 3:33 PM
**To:** Clarke, Brian
**Subject:** Fwd: East River's Plan Of Action

Brian,

Fyi,

We will continue to coach and support East River with this plan and all their additional challenges.