

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET• NEW YORK, NY 10007

http:/nyc.gov/nycha

**GREGORY P. RUSS**
Chair & CEO
**LISA BOVA-HIATT**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5043

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/20/2021

A telephonic conference is scheduled for August 5, 2021, at 3:00 p.m.  The dial-in number for the conference is 888-363-4749 and the access code 2682448.  In advance of the conference, the parties shall submit a joint letter of no more than 5 pages on ECF by on or before July 29, 2021 outlining their dispute.

July 19, 2021

**VIA CM/ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re:     *Sibyl Colon v. City of New York, et al.* No. 16-CV-4540 (VSB)(OTW)
          **Joint Request For Informal Discovery Conference With the Court**

Dear Judge Broderick:

I am counsel of record for Defendant the New York City Housing Authority ("NYCHA") in the above-referenced matter. With the consent of Plaintiff's counsel, I respectfully submit this joint letter seeking an informal discovery conference with the Court in lieu of the parties' joint status update and proposed discovery schedule, which was due to be filed today in accordance with your Your Honor's Opinion and Order dated May 26, 2021, **ECF No. 195**, as modified by the deadline extensions granted by the Court's Orders of June 30, 2021 and July 13, 2021 (**ECF Nos. 200 and 202**, respectively).

The parties have met and conferred at length to discuss the scope and extent of the supplemental discovery granted by Your Honor's Opinion and Order dated May 26, 2021, and the obligations of the parties thereunder. However, in light of the recent and untimely death of declarant Louis Nieves and the cross-country relocation of declarant Robert Knapp – two percipient fact witnesses who were not timely disclosed under the Rules and whose prejudicial testimony Plaintiff nevertheless intends to rely on at trial – the Parties have a reached an impasse which we believe only the Court's guidance can resolve.

To this end, in accordance with S.D.N.Y. Local Rule 37.2, the Parties respectfully request an informal conference with the Court in the hope of settling their present dispute as it relates to the supplemental discovery granted by Your Honor's Opinion and Order dated May 26, 2021.

Respectfully submitted,

/s/ Sean-Patrick Wilson

Sean-Patrick Wilson (SW7862)

Associate General Counsel
New York City Housing Authority
Law Department
90 Church Street, 11th Floor
New York, NY 10007
Email: Sean-Patrick.Wilson@nycha.nyc.gov

cc: All Counsel of Record (via ECF)