**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SIBYL COLON,

              Plaintiff,

              -against-

THE CITY OF NEW YORK, et al.,

              Defendants.

------------------------------------------------------------x

16-CV-4540 (VSB) (OTW)

------------------------------------------------------------x
ALLISON WILLIAMS,

              Plaintiff,

              -against-

CITY OF NEW YORK, et al.,

              Defendants.

------------------------------------------------------------x

16-CV-8193 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Settlement Conference in *Colon v. City of New York, et al.*, 16-CV-4540, on May 9, 2023. The parties did not reach a settlement.

The parties in *Williams v. City of New York, et al.*, 16-CV-8193, are directed to meet and confer on if they would like to request a counsel only Pre-Settlement Conference Scheduling Call with the undersigned. If so, they shall file a letter on the docket by **May 18, 2023**, proposing dates and times in the weeks of May 29, June 5, and June 19, 2023.

The Clerk of Court is respectfully directed to file this Order on both dockets 16-CV-4540 and 16-CV-8193.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: May 11, 2023<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |