UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
SYBYL COLON, :
:
                        Plaintiff, :
: 16-cv-4540 (VSB)
    - against - :
: **ORDER**
:
THE CITY OF NEW YORK, et al., :
:
                    Defendants. :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    On May 9, 2023, the parties participated in a Settlement Conference before Magistrate Judge Wang. As the parties did not reach a settlement, it is hereby:

    ORDERED that counsel for all parties appear for a pretrial conference on May 19, 2023 at 1:00pm in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Counsel should be prepared to discuss potential trial dates.

    IT IS FURTHER ORDERED that, no later than May 18, 2023, the parties shall file a joint letter advising the Court with available trial dates from July to November 2023.

SO ORDERED.

Dated:    May 12, 2023
             New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge