# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

May 15, 2023

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 5/16/2023

The pre-trial conference is adjourned to May 22, 2023 at 1:00pm, and will take place in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   **Sibyl Colon v. The City of New York, et al.
       No. 1:16-cv-04540-VSB-OTW**

Dear Judge Broderick:

This firm represents New York City Housing Authority ("NYCHA"), Michael Kelly, and Brian Clarke (collectively "Defendants") in the above captioned matter.

This letter is written pursuant to Rule 1(G) of Your Honor's Individual Practice Rules, to request an adjournment of the pre-trial conference scheduled for May 19, 2023 because defense counsel is not available on that date.  We respectfully request an adjournment to May 22, 23, 24 or 25, 2023, or anytime thereafter that is convenient for the Court.  Plaintiff's counsel consents to this request.

Thank you for your consideration.

Very truly yours,

[signature]

Rebecca M. McCloskey
(914) 872-6893 Direct
Rebecca.McCloskey@jacksonlewis.com
Jackson Lewis P.C.