UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------X
                                                      :
SYBYL COLON,                                          :
                                                      :
                                Plaintiff,            :
                - against -                           :          16-cv-4540 (VSB)
                                                      :
THE CITY OF NEW YORK, et al.,                         :          **ORDER**
                                                      :
                                Defendants.           :
                                                      :
------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

A jury trial in this matter is scheduled to begin on October 16, 2023.  Pursuant to my

Individual Rules & Practices in Civil Cases, it is hereby:

ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a

joint pretrial order and motions in limine are due on or before September 8, 2023.  Oppositions

to motions in limine, as well as proposed voir dire questions, proposed verdict sheets, and

proposed jury instructions are due on or before September 15, 2023.  Microsoft Word versions of

the proposed voir dire questions and jury instructions must be submitted by email to

BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on

September 21, 2023 at 1:00pm in Courtroom 518 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:      July 17, 2023
            New York, New York

_____
Vernon S. Broderick
United States District Judge