# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601

**APPLICATION GRANTED SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 10/17/23

Trial will be adjourned to a date to be decided. The parties are ordered to appear before me for a telephone conference using the dial in 888-363-4749 and access code 2682448 on Wednesday October 18 at 1:00 PM.

October 15, 2023

**VIA ECF and Email (vernon_broderick@nysd.**

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   **Sibyl Colon v. The City of New York, et al.**
      **No. 1:16-cv-04540-VSB-OTW**

Dear Judge Broderick:

I am sorry to inform you that yesterday evening, I experienced symptoms and tested positive for Covid. I advised Plaintiff's counsel that we intended to request an adjournment of the trial currently scheduled to begin on Tuesday, October 17, 2023.

In the preceding few days, Mr. Saccomano, our client, and multiple trial witnesses were exposed to me.

In addition, Mr. Saccomano has significant surgery scheduled for November 9, 2023, followed by a three-week recovery period.

Defendants respectfully request an adjournment of the upcoming trial to a date that is convenient for the Court.

Respectfully,

*/s/ Rebecca McCloskey*

Rebecca M. McCloskey
(914) 872-6893 Direct
Rebecca.McCloskey@jacksonlewis.com
Jackson Lewis P.C.