UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
SIBYL COLON,                                             :
:
                          Plaintiff,         :
:         16-CV-4540 (VSB)
         - against -                              :
:         **ORDER**
:
THE CITY OF NEW YORK, NEW YORK          :
CITY HOUSING AUTHORITY, NEW YORK   :
CITY COUNCIL SPEAKER MELISSA            :
MARK-VIVERITO, MICHAEL KELLY and     :
BRIAN CLARKE,                                              :
:
                         Defendants.    :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      As discussed during today's teleconference, the parties are hereby ordered to meet and confer and file a joint letter on or before Tuesday October 24, 2023. In the joint letter, the parties should include a) whether they consent to trying this matter before the magistrate judge assigned to the case, b) whether they consent to this matter being transferred to another district court judge for trial, c) what dates they are available for trial prior to March 2024, and d) a proposed briefing schedule for Plaintiff's motion for reconsideration.

SO ORDERED.

Dated:    October 18, 2023
              New York, New York

                                                                            _____
                                                                      Vernon S. Broderick
                                                                       United States District Judge