UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                   :
SIBYL COLON,                                 :

                        Plaintiff,     :
                                   :          16-CV-4540 (VSB)
            - against -               :
                                   :                **ORDER**
THE CITY OF NEW YORK, NEW YORK  :
CITY HOUSING AUTHORITY, NEW YORK :
CITY COUNCIL SPEAKER MELISSA     :
MARK-VIVERITO, MICHAEL KELLY and :
BRIAN CLARKE,                          :
                                   :
                      Defendants.  :
                                   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Court understands that Plaintiff has recently retained new counsel. The parties are hereby ordered to meet and confer and file a joint letter on or before Friday, November 17, 2023. In the joint letter, the parties should include a) whether they consent to trying this matter before the magistrate judge assigned to the case, b) whether they consent to this matter being transferred to another district court judge for trial, c) what dates they are available for trial prior to March 2024, and d) a proposed briefing schedule for Plaintiff's motion for reconsideration.

SO ORDERED.

Dated:    November 6, 2023
             New York, New York

                                                          _____
                                                          Vernon S. Broderick
                                                          United States District Judge