**JacksonLewis**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   4/10/2024

April 9, 2024

<u>**VIA ECF**</u>

Hon. Vernon S. Broderick
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

| | |
|---|---|
| Re: | **Sibyl Colon v. The City of New York, et al.** <br> <u>**No. 1:16-cv-04540-VSB-OTW**</u> |

Dear Judge Broderick:

I write jointly on behalf of the parties to ask for a second extension of the deadline to make an application to restore the action to the docket, from May 1, 2024, until June 1, 2024.

We make this request because the parties recently finalized the settlement agreement, and we are still in the process fully executing the agreement and making the settlement payments.

Respectfully,

*[signature]*

Rebecca M. McCloskey

(914) 872-6893 Direct
Rebecca.McCloskey@jacksonlewis.com
Jackson Lewis P.C.

cc:   All counsel of record (via ECF)

4878-0753-0412, v. 1